UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 04-14074-CR-GRAHAM/LYNCH

UNITED STATES OF AMERICA,

    Plaintiff,

v.

HOWARD DEUNE BRACELEY,

    Defendant.

_____/

FILED by _____ D.C.

JAN 28 2016

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - FT. PIERCE

## REPORT AND RECOMMENDATION ON DEFENDANT'S ADMISSIONS TO VIOLATIONS NUMBER 3, 4 AND 5 AS SET FORTH IN THE PETITION FOR VIOLATIONS OF SUPERVISED RELEASE

**THIS CAUSE** having come on to be heard for a final evidentiary hearing on January 28, 2016, in respect to the pending Petition Alleging Violations of Supervised Release and this Court having convened a hearing, this Court recommends to the District Court as follows:

1. The Defendant appeared before this Court on January 28, 2016 for a final evidentiary hearing in respect to the Petition Alleging Violations of Supervised Release alleging the following violations:

| | |
|---|---|
| **Violation Number 1** | **Violation of Mandatory Condition**, by failing to refrain from violation of the law. On or about December 17, 2013, in Saint Lucie County, Florida, the defendant did commit resist officer-obstruct without violence, contrary to Florida Statute 843.02. |
| **Violation Number 2** | **Violation of Mandatory Condition**, by failing to refrain from violation of the law. On or about December 17, 2013, in Saint Lucie County, Florida, the defendant did commit resist officer-flee and elude law enforcement officer with lights siren active, contrary to Florida Statute 316.1935(2). |

| | |
|---|---|
| **Violation Number 3** | **Violation of Mandatory Condition**, by unlawfully possessing or using a controlled substance. On or about September 24, 2015, the defendant submitted a urine specimen which tested positive for the presence of marijuana in our local laboratory and subsequently confirmed positive by Alere Toxicology Services Incorporated. |
| **Violation Number 4** | **Violation of Mandatory Condition**, by unlawfully possessing or using a controlled substance. On or about October 22, 2015, the defendant submitted a urine specimen which tested positive for the presence of marijuana and cocaine in our local laboratory and subsequently confirmed positive by Alere Toxicology Services Incorporated. |
| **Violation Number 5** | **Violation of Mandatory Condition**, by unlawfully possessing or using a controlled substance. On or about November 9, 2015, the defendant submitted a urine specimen which tested positive for the presence of marijuana in our local laboratory and subsequently confirmed positive by Alere Toxicology Services Incorporated. |

2.   After consultation with his attorney, the Defendant announced to this Court that he wished to admit Violations Numbers 3, 4 and 5 as set forth in the Petition. The government announced that it agreed to dismiss Violations Numbers 1 and 2 of the Petition. This Court questioned the Defendant on the record and made certain that he understood his rights in regards to an evidentiary hearing in respect to the alleged violations. Further, the Defendant acknowledged that he understood his rights in that regard and further understands that all that will remain will be for the District Court to conduct a sentencing hearing for final disposition in this matter.

3.   Counsel for parties agreed that the Court could take judicial notice of the facts set forth in the Petition Alleging Violations of Supervised Release and the Memorandum from USPO McGee to Judge Graham dated December 4, 2015. Therefore,

this Court did take judicial notice of the facts set forth in that Memorandum and finds that it sets forth a sufficient factual basis to support the Defendant's admissions to Violations Numbers 3, 4 and 5 as set forth in the Petition.

4. The possible maximum penalties which the Defendant was facing were read into the record by the government and the Defendant stated that he understood those penalties.

**ACCORDINGLY**, based upon the Defendant's admissions to Violations Numbers 3, 4 and 5 of the Petition under oath, this Court recommends to the District Court that the Defendant be found to have violated his supervised release in respect to Violations Numbers 3, 4 and 5 as set forth in the Petition and that a sentencing hearing be set at the earliest convenience of the District Court for final disposition of this matter.

The parties shall have fourteen (14) days from the date of this Report and Recommendation within which to file objections, if any, with the Honorable Donald L. Graham, the United States District Judge assigned to this case. Pursuant to Federal Rules of Criminal Procedure, Rule 59(b)(2), failure to file objections timely waives a party's right to review and bars the parties from attacking on appeal any legal rulings and factual findings contained herein.

**DONE AND SUBMITTED** this _____ day of January, 2016, at Fort Pierce, Northern Division of the Southern District of Florida.

FRANK J. LYNCH, JR.
CHIEF UNITED STATES MAGISTRATE JUDGE

Copies furnished:
Hon. Donald L. Graham
AUSA Courtney Coker
AFPD Panayotta Augustin-Birch
U. S. Probation (USPO McGee)
U. S. Marshal