```
         UNITED STATES DISTRICT COURT
         SOUTHERN DISTRICT OF FLORIDA
              FORT PIERCE DIVISION
         CASE NO. 04-14074-CR-GRAHAM
```

UNITED STATES OF AMERICA

        Plaintiff,

vs.

HOWARD DEUNE BRACELEY,

        Defendant.
_____/

**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION ON THE PETITION FOR VIOLATION OF SUPERVISED RELEASE**

**THIS CAUSE** came before the Court upon the Superseding Petition for Violation of Supervised Release filed on December 14, 2015.

**THE MATTER** was referred to Magistrate Judge Frank J. Lynch, and a Evidentiary Hearing was held on January 28, 2016. A Report and Recommendation filed on January 28, 2016 recommended that Defendant's term of supervised release be revoked. The Defendant and the Government were afforded the opportunity to file objections to the Report and Recommendation, however to date, none were filed. The Court has conducted a _de novo_ review of the entire file. Accordingly, it is

**ORDERED AND ADJUDGED** that Magistrate Judge Lynch's Report and Recommendation on the violations set forth in the Petition for Violation of Supervised Release is hereby Adopted and Approved in its entirety.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 10th day of February, 2016.

```
                              _____
                              DONALD L. GRAHAM
                              UNITED STATES DISTRICT JUDGE


Copied: Magistrate Judge Frank J. Lynch
        Theodore Cooperstein, AUSA
        Panaotta Augustin-Birch, AFPD
```